Nicole E. BAUER, Respondent,

v.

FEDEX FREIGHT EAST, Self–Insured/Xchanging, Relator.

No. A11–2021.

Supreme Court of Minnesota.

April 25, 2012.

Eric W. Beyer, Falsani, Balmer, Peterson, Quinn & Beyer, Duluth, Minnesota, for respondent.

James S. Pikala, Christine L. Tuft, Noelle L. Schubert, Arthur, Chapman, Kettering, Smetak & Pikala, P.A., Minneapolis, Minnesota, for relator.

## ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed October 12, 2011, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that "[s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view," doing no more than establishing the law of the case).

IT IS FURTHER ORDERED that the motion of relator for oral argument be, and the same is, denied as moot.

BY THE COURT:

/s/Lorie S. Gildea
Chief Justice

Patti J. JACOBSON, Relator,

v.

THIRD WORLD FRIENDS and American Family Insurance Group, Respondents.

No. A11–2107.

Supreme Court of Minnesota.

April 25, 2012.

Charles A. Bird, Bird, Jacobsen & Stevens, PC, Rochester, MN, for relator.

Mary Hager, Julia Douglass, Aafedt, Forde, Gray, Monson & Hager, P.A., Minneapolis, MN, for respondents.

## ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed October 28, 2011, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/_____
Alan C. Page
Associate Justice